1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOMER LAUGHLIN CHINA COMPANY and HLC HOLDING, INC., | Case No. LA CV14-05875 JAK AJWx |
| Plaintiffs, | **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| vs. | **JS-6** |
| HOUSEWARES INTERNATIONAL INC. and JOHN DOE, whose true name is unknown, | |
| Defendants. | |

CONSENT JUDGMENT AND PERMANENT INJUNCTION

HLCHII/CONSENT JMT/121114.4

This Consent Decree is entered into by and among Plaintiffs The Homer Laughlin China Company ("THLCC") and HLC Holding, Inc. (together, "Homer Laughlin"), and Defendant Housewares International Inc. ("HWI").

WHEREAS, Homer Laughlin filed a Complaint against HWI on July 28, 2014 alleging that HWI, in offering for sale inferior copies of Fiesta® Dinnerware, violated Homer Laughlin's trade dress rights and harmed Homer Laughlin's reputation and goodwill;

WHEREAS, Homer Laughlin pleaded five causes of action against HWI, as follows:  unfair competition under the Lanham Act; unfair competition under California law; unjust enrichment; and dilution of the Fiesta® brand under both federal law and California law;

WHEREAS, HWI offered judgment pursuant to Federal Rule of Civil Procedure 68 on September 23, 2014;

WHEREAS, this Court has personal and subject matter jurisdiction over this matter; and

WHEREAS, Homer Laughlin and HWI (together, the "Parties") having now resolved this action based upon the terms set forth in the within Consent Decree, the Parties hereby agree, and it hereby ORDERED, ADJUDGED and DECREED as follows:

1.      Within thirty (30) days following the Court's approval of this Consent Decree, HWI will remit a payment in the amount of Thirty-Five Thousand Dollars ($35,000.00) to The Homer Laughlin China Company.  This payment shall be sent via negotiable check representing good funds.

2.      HWI is permanently enjoined and restrained from willfully or intentionally infringing upon, or otherwise willfully or intentionally violating, the trade dress and trademark rights of Homer Laughlin in the future, or undertaking

- 2 -

CONSENT JUDGMENT AND PERMANENT INJUNCTION

HLCHII/CONSENT JMT/121114.4

any other willful act intended to confuse or deceive consumers into believing that the products that HWI offers for sale emanate from, or are connected with, Homer Laughlin.

3.    Except for the obligations of HWI set forth in this Consent Decree, Homer Laughlin hereby releases and forever discharges HWI and its officers, directors, employees, agents, representatives, attorneys and accountants, and each of their successors and assigns, of and from all manner of causes of action, suits, debts, sums of money, promises, damages, judgments, claims and demands whatsoever, in law or in equity, arising out of any transaction or occurrence accruing or arising on or before the date of this Consent Decree.

4.    Except for the obligations of Homer Laughlin set forth in this Consent Decree, HWI hereby releases and forever discharges Homer Laughlin and its officers, directors, employees, agents, representatives, attorneys and accountants, and each of their successors and assigns, of and from all manner of causes of action, suits, debts, sums of money, promises, damages, judgments, claims and demands whatsoever, in law or in equity, arising out of any transaction or occurrence accruing or arising on or before the date of this Consent Decree.

5.    The provisions of this Consent Decree shall be binding upon and inure to the benefit of the Parties' agents, officers, directors, attorneys, parents, subsidiaries, affiliates, successors, and assigns.

6.    This Court shall retain jurisdiction in order to enforce, as necessary, the terms of this Consent Decree.

7.    This Consent Decree constitutes the entire agreement among the Parties.

/ / /

**\*\*SIGNATURES ON NEXT PAGE - PAGE 4\*\***

- 3 -

CONSENT JUDGMENT AND PERMANENT INJUNCTION

HLCHII/CONSENT JMT/121114.4

**IT IS SO ORDERED.**

BY THE COURT:

Dated: December 29, 2014

_____

Hon. John A. Kronstadt
United Stated District Judge

The parties hereby consent to the entry of the foregoing Consent Judgment and Permanent Injunction.

| THE HOMER LAUGHLIN CHINA COMPANY AND HLC HOLDING, INC. | HOUSEWARES INTERNATIONAL, INC. |
|---|---|
| By: _____ | By: _____ |
| JOSEPH WELLS III, Chairman of the Board, The Homer Laughlin China Company | SEAN SOLOUKI, Chief Executive Officer, Housewares International, Inc. |

**APPROVED AS TO FORM AND CONTENT**:

| LAW OFFICES OF RICHARD C. SPENCER | SCHAFFER, LAX, MCNAUGTON & CHEN |
|---|---|
| By: /s/ _____<br>    Richard C. Spencer | By: /s/ _____<br>    John H. Horwitz |
| Attorneys for Plaintiffs, The Homer Laughlin China Company and HLC Holding, Inc. | Attorneys for Defendant Housewares International Inc. |
| Richard C. Spencer, the filer hereof, attests that all other signatories listed hereon on whose behalf this filing is submitted have concurred in the content and have authorized the filing of this document | |

- 4 -

CONSENT JUDGMENT AND PERMANENT INJUNCTION

HLCHII/CONSENT.JMT/121114.4

**IT IS SO ORDERED.**

BY THE COURT:

Dated: _____

_____
Hon. John A. Kronstadt
United Stated District Court Judge

    The parties hereby consent to the entry of the foregoing Consent Judgment and Permanent Injunction.

| THE HOMER LAUGHLIN CHINA COMPANY AND HLC HOLDING, INC. | HOUSEWARES INTERNATIONAL, INC. |
|---|---|
| By: _____ | By: _____ |
| JOSEPH WELLS III, Chairman of the Board, The Homer Laughlin China Company | SEAN SOLOUKI, Chief Executive Officer, Housewares International, Inc. |

**APPROVED AS TO FORM AND CONTENT:**

| LAW OFFICES OF RICHARD C. SPENCER | SCHAFFER, LAX, MCNAUGTON & CHEN |
|---|---|
| By: /s/ _____  Richard C. Spencer | By: /s/ _____  John H. Horwitz |
| Attorneys for Plaintiffs, The Homer Laughlin China Company and HLC Holding, Inc. | Attorneys for Defendant Housewares International Inc. |
| Richard C. Spencer, the filer hereof, attests that all other signatories listed hereon on whose behalf this filing is submitted have concurred in the content and have authorized the filing of this document | |

- 4 -

CONSENT JUDGMENT AND PERMANENT INJUNCTION

HLCHHCONSENT 34174-21142

1  **IT IS SO ORDERED.**                BY THE COURT:

2

3  Dated: _____    _____
                                       Hon. John A. Kronstadt
4                                      United Stated District Court Judge

5

6      The parties hereby consent to the entry of the foregoing Consent Judgment
    and Permanent Injunction.

7  | **THE HOMER LAUGHLIN CHINA** | **HOUSEWARES INTERNATIONAL,** |
8  | **COMPANY AND HLC HOLDING,** | **INC.** |
   | **INC.** | |
9
10 | By: _____ | By: _____ |
11 | JOSEPH WELLS III, Chairman of the | SEAN SOLOUKI, Chief Executive |
   | Board, The Homer Laughlin China | Officer, Housewares International, Inc. |
12 | Company | |
13

14             **APPROVED AS TO FORM AND CONTENT:**

15 | **LAW OFFICES OF RICHARD C.** | **SCHAFFER, LAX, MCNAUGTON** |
16 | **SPENCER** | **& CHEN** |

17 | By: /s/ | By: /s/ |
18 |     Richard C. Spencer |     John H. Horwitz |

19 |     Attorneys for Plaintiffs, The Homer |     Attorneys for Defendant |
20 |     Laughlin China Company and HLC |     Housewares International Inc. |
   |     Holding, Inc. | |
21
   Richard C. Spencer, the filer hereof,
22 attests that all other signatories listed
   hereon on whose behalf this filing is
23 submitted have concurred in the
   content and have authorized the filing
24 of this document

25

26

27                        - 4 -